ALLEN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. No. _19-20052_ |
| | ) | |
| v. | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 2119 |
| EDWARD BROWN, | ) | |
| ERIC COLE, and | ) | |
| DATERIOUS GIPSON, | ) | |
| Defendants. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 30, 2018, in the Western District of Tennessee, the defendants,

**EDWARD BROWN,
ERIC COLE,
and
DATERIOUS GIPSON**

aiding and abetting each other, intentionally took a motor vehicle, that is a Chevrolet Impala, vin # 2G1WC5E33E1127380, which had previously been received in interstate commerce, from the person of Sylvester Gray by means of intimidation and with the intent to cause serious bodily injury in violation of Title 18, United States Code, Section 2119.

1

## COUNT 2

On or about September 30, 2018, in the Western District of Tennessee, the defendants,

**EDWARD BROWN,**
**ERIC COLE,**
**and**
**DATERIOUS GIPSON**

aiding and abetting each other, did knowingly use, carry, brandish, and discharge, a firearm during and in relation to a crime of violence, specifically the carjacking offense charged in Count 1; in violation of Title 18, United States Code, Section 924(c).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED:** _____


_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**